# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCKY EMAKPOR <br> 1908 Enterprise Rd. <br> Bowie, MD 20721 <br><br> Plaintiff, <br><br> v. <br><br> First Coast Security Solutions, Inc. <br> 1400 Parke Long Ct., Suite J <br> Chantilly, VA 20151 <br><br> Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant First Coast Security Solutions, Inc. ("First Coast" or "Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of a civil action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support, states the following grounds for removal:

1. On or about November 16, 2017, Plaintiff Lucky Emakpor filed a Complaint against Defendant in the Superior Court of the District of Columbia – Civil Division, Small Claims and Conciliation Branch (Case No. 2017SC3006252). In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, documents, and orders of which Defendant is aware is attached as Exhibit 1.

2. On December 26, 2017, Defendant received the Summons, Complaint, and Initial Order, acknowledging service of Plaintiff's original Complaint on Defendant.

3. Defendant has not served any answer or responsive pleading to Plaintiff's Complaint and its only appearance in before the Superior Court of the District of Columbia in this matter was to appear at the initial appearance date to deny liability and have a trial date set.

4. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

5. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. The civil action is within the original jurisdiction of this Court based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff seeks relief for alleged violations related to his health and welfare entitlements pursuant to the McNamara-O'Hara Service Contract Act, 41 U.S.C. §351 *et seq.*  Further, Plaintiff's alleged entitlements are due solely pursuant to his collective bargaining agreement and, as such, his claims are preempted by section 301 of the Labor Management Relations Act, (LMRA), 29 U.S.C. § 185.  Accordingly, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, and Defendant may remove the matter pursuant to 28 U.S.C. § 1441(c).

7. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a).  The Superior Court of the District of Columbia is located within this District and cases arising in the District of Columbia are properly assigned to this Court.

8.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by Defendant of the initial pleading, and before any proceedings were had concerning the Complaint in the Superior Court of the District of Columbia.

9.  Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).  A true and correct copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2.  Promptly upon this filing, Defendant is giving written notice of the removal of this action to Plaintiff by serving him as further required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

**JACKSON LEWIS P.C.**

January 24, 2018      By: /s/ Matthew F. Nieman
Matthew F. Nieman (D.C. Bar No. 985382)
10701 Parkridge Boulevard
Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
niemanm@jacksonlewis.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 24, 2018, a true and accurate copy of Defendant's *Notice of Removal* was electronically filed with the Clerk's Office using this Court's CM/ECF system and served by U.S. mail, postage prepaid, upon the following:

>Lucky Emakpor
>1908 Enterprise Rd.
>Bowie, MD 20721
>*Plaintiff Pro Se*

By: /s/ Matthew F. Nieman
Matthew F. Nieman (D.C. Bar No. 985382)
**JACKSON LEWIS P.C.**
10701 Parkridge Boulevard
Suite 300
Reston, VA  20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
niemanm@jacksonlewis.com

*Attorney for Defendant*

4836-0221-3973, v. 2